# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street – 5th Floor
Newark, New Jersey 07101
*Attorneys for Plaintiffs*

   By: Kashif T. Chand (Bar No. 016752008)
      Assistant Attorney General,
      Affirmative Civil Enforcement Practice Group

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey, and ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DISCORD INC.,<br><br>        *Defendant*. | Case No.: 2:25-cv-05130-JKS-MAH<br><br>**NOTICE OF MOTION FOR PLAINITFFS' MOTION FOR REMAND TO STATE COURT** |

PLEASE TAKE NOTICE that on Monday, July 7, 2025, at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiffs[1] shall apply to the above-named Court for an Order remanding this action to the Superior Court of New Jersey, Chancery Division, Essex County.

---

[1] Cari Fais no longer holds office as the Director of the New Jersey Division of Consumer Affairs and her acting successor has been substituted in the case caption for this matter in all filings going forward pursuant to Fed. R. Civ. P. 25(d).

1

In support of the within Motion, the undersigned shall rely upon the supporting Memorandum of Law and attached Declaration of Kashif T. Chand.

A proposed form of Order is submitted herein.

                                        Respectfully submitted,

Dated: June 9, 2025

                                        Kashif T. Chand (Bar No. 016752008)
Kashif.Chand@law.njoag.gov
Assistant Attorney General, Affirmative Civil Enforcement Practice Group
Thomas Huynh (Bar No. 200942017)
Thomas.Huynh@law.njoag.gov
Kathleen C. Riley (Bar No. 307982019)
Kathleen.Riley@law.njoag.gov
Ethan B. Rubin (Bar No. 453002024)
Ethan.Rubin@law.njoag.gov
Mandy K. Wang (Bar No. 373452021)
Mandy.Wang@law.njoag.gov
Deputy Attorneys General
Division of Law
124 Halsey Street – 5th Floor
Newark, New Jersey 07101
(609) 433-4473

Jimmy Rock*
jrock@edelson.com
Edelson PC
1255 Union Street NE, Suite 850
Washington, DC 20002
(202) 270-4777

2

Emily Penkowski Perez*
epenkowski@edelson.com
Shantel Chapple Knowlton*
schappleknowlton@edelson.com
Edelson PC
350 N. LaSalle Street, Suite 1400
Chicago, IL 60654
(312) 589-6370

John Feeney-Coyle*
jfeeneycoyle@edelson.com
Edelson PC
1728 16th Street, Suite 210
Boulder, CO 80302
(720) 741-0076

* Admission *pro hac vice* pending

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 

_____
Kashif T. Chand (Bar No. 016752008)
Assistant Attorney General, Affirmative Civil Enforcement Practice Group
Division of Law
124 Halsey Street – 5th Floor
Newark, New Jersey 07101
(609) 433-4473
Kashif.Chand@law.njoag.gov
*Attorneys for Plaintiffs*