## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey, and ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>                                 Plaintiffs,<br><br>      v.<br><br>DISCORD INC.,<br><br>                                 Defendant. | ELECTRONICALLY FILED<br><br>CIVIL ACTION NO: 2:25-cv-5130-JKS-MAH<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF MOTION TO SEAL DEADLINE AND JOINT MOTION TO EXTEND DEADLINES** |

This Court, after considering the Motion for Extension of Motion to Seal Deadline (ECF No. 45) of Plaintiffs Matthew Platkin and Elizabeth Harris ("Plaintiffs") and the Joint Motion to Extend Deadlines (ECF No. 47) of Plaintiffs and Defendant Discord Inc. ("Discord"), grants the motions.

It is therefore:

1.    **ORDERED** that the Motion for Extension of Motion to Seal Deadline is **GRANTED;**

2.    **ORDERED** that the Joint Motion to Extend Deadlines is **GRANTED;**

3.    **IT IS FURTHER ORDERED** that:

        a.  Discord's deadline to answer, move to dismiss, or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 34) will be 30 calendar days from the date of the District Court's Order on Plaintiffs' Motion for Remand (ECF No. 19);

        b.  If Discord responds to the First Amended Complaint by filing a motion to dismiss, Plaintiffs will have 60 calendar days to oppose any such motion to dismiss;

c.  Discord shall have 20 calendar days to file a reply in support of any motion to dismiss;

d.  The deadline set forth in the Court's September 9, 2025 Order (ECF No. 37) is hereby **VACATED** and the parties shall have 7 calendar days from the date of the District Court's Order on Plaintiffs' Motion for Remand to file an omnibus motion to seal information in the Complaint and the First Amended Complaint; and

e.  The documents the parties seek to seal will remain under temporary seal until the Court rules on the forthcoming renewed motion to seal.

**SO ORDERED**

*s/Michael A. Hammer*
_____
**Michael A. Hammer, U.S.M.J.**

ORDER DATED 10/16/25

By: _____**Date:**_____
MICHAEL A. HAMMER
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE