<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

MATTHEW J. PLATKIN, Attorney
General of the State of New Jersey,
and ELIZABETH HARRIS, Acting
Director of the New Jersey Division
of Consumer Affairs,

        Plaintiffs,

v.

DISCORD INC.,

        Defendants.

---

Civil Action No. 25-5130

**ORDER**

April 22, 2026

**SEMPER**, District Judge.

    **THIS MATTER** having come before the Court on Plaintiffs' Motion to Remand this case to state court (ECF 19, "Motion"); Magistrate Judge Michael A. Hammer's September 10, 2025 Report & Recommendation (ECF 38, "R&R") recommending that the District Court remand this case to the Superior Court of New Jersey, Chancery Division, Essex County; Defendant Discord Inc.'s Objections to the R&R (ECF 42, "Defendant's Objections); and Plaintiffs Matthew J. Platkin and Elizabeth Harris's Response to Defendant's Objections (ECF 46, "Plaintiffs' Response); and this Court having considered the Motion, the R&R, Defendant's Objections, and Plaintiffs' Response; for the reasons articulated in the Court's Opinion dated April 22, 2026

    **IT IS** on this 22nd day of April, 2026,

    **ORDERED** that the Court adopts Judge Hammer's R&R **GRANTING** Plaintiffs' Motion to Remand this case to the Superior Court of New Jersey, Chancery Division, Essex County and **DENYING** Plaintiffs' Motion as to their request for attorneys' fees; and it is further

1

2

**ORDERED** that the Clerk of the Court will administratively terminate this matter.

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:   Clerk
cc:     Michael A. Hammer, U.S.M.J.
        Parties

2