Kashif T. Chand (Bar No. 016752008)
Kashif.Chand@law.njoag.gov
Assistant Attorney General
Thomas Huynh (Bar No. 200942017)
Thomas.Huynh@law.njoag.gov
Kathleen C. Riley (Bar No. 307982019)
Kathleen.Riley@law.njoag.gov
Ethan B. Rubin (Bar No. 453002024)
Ethan.Rubin@law.njoag.gov
Mandy K. Wang (Bar No. 373452021)
Mandy.Wang@law.njoag.gov
Deputy Attorneys General
DIVISION OF LAW
124 Halsey Street – 5th Floor
Newark, New Jersey 07101
(609) 433-4473

Jimmy Rock*
jrock@edelson.com
EDELSON PC
1255 Union Street NE, Suite 850
Washington, DC 20002
(202) 270-4777
*pro hac vice

Emily Penkowski Perez*
epenkowski@edelson.com
Shantel Chapple Knowlton*
schappleknowlton@edelson.com
EDELSON PC
350 N. LaSalle Street, Suite 1400
Chicago, IL 60654
(312) 589-6370
*pro hac vice

John Feeney-Coyle*
jfeeneycoyle@edelson.com
EDELSON PC
1728 16th Street, Suite 210
Boulder, CO 80302
(720) 741-0076
*pro hac vice

Attorneys for Plaintiffs

Barry Boise
TROUTMAN PEPPER LOCKE LLP
104 Carnegie Center Dr, Suite 203
Princeton, NJ 08540
barry.boise@troutman.com

Gayle R. Klein*
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
(212) 230-4645
gayle.klein@freshfields.com
*pro hac vice

Justina Sessions*
FRESHFIELDS US LLP
One Bush Street, 17th Floor
San Francisco, CA 94104
(650) 461-8276
justina.sessions@freshfields.com
*pro hac vice

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey, and ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>          Plaintiffs,<br><br>v.<br><br>DISCORD INC.,<br><br><br>          Defendant. | ELECTRONICALLY FILED<br><br><br>CIVIL ACTION NO: 2:25-cv-5130-JKS-MAH<br><br>**JOINT MOTION TO STAY DEADLINE FOR OMNIBUS MOTION TO SEAL** |

Plaintiffs Matthew Platkin and Elizabeth Harris ("Plaintiffs") and Defendant Discord Inc. ("Discord") respectfully move pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Civil Rule 6.1 to stay their deadline to file an omnibus motion to seal portions of the Complaint (ECF No. 8) and Amended Complaint (ECF No. 36) (the "Omnibus Motion to Seal").

On October 16, 2025, the Court entered an Order (ECF No. 50) requiring the parties to file the Omnibus Motion to Seal within seven days of the District Court's Order on Plaintiffs' Motion to Remand (ECF No. 45).

On April 22, 2026, the District Court issued an Order adopting the Court's Report & Recommendation (ECF No. 38) and remanding this case to the Superior Court of New Jersey, Chancery Division, Essex County (ECF No. 52).

Since this case has been remanded, the Parties anticipate litigating any disputes regarding sealing before the Superior Court of New Jersey. In order to promote efficiency and avoid duplicative proceedings, the Parties respectfully request that their obligation to file the Omnibus

2

Motion to Seal in this action be stayed until the Superior Court of New Jersey has issued a final

ruling on any motion to seal allegations in the Complaint and Amended Complaint.

April 29, 2026

                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Kashif T. Chand | /s/ Barry Boise |
| Kashif T. Chand (Bar No. 016752008) | Barry Boise |
| Kashif.Chand@law.njoag.gov | TROUTMAN PEPPER LOCKE LLP |
| Assistant Attorney General | 104 Carnegie Center Dr, Suite 203 |
| Thomas Huynh (Bar No. 200942017) | Princeton, NJ 08540 |
| Thomas.Huynh@law.njoag.gov | barry.boise@troutman.com |
| Kathleen C. Riley (Bar No. 307982019) | |
| Kathleen.Riley@law.njoag.gov | Gayle R. Klein* |
| Ethan B. Rubin (Bar No. 453002024) | FRESHFIELDS US LLP |
| Ethan.Rubin@law.njoag.gov | 3 World Trade Center |
| Mandy K. Wang (Bar No. 373452021) | 175 Greenwich Street, 51st Floor |
| Mandy.Wang@law.njoag.gov | New York, NY 10007 |
| Deputy Attorneys General | (212) 230-4645 |
| DIVISION OF LAW | gayle.klein@freshfields.com |
| 124 Halsey Street – 5th Floor | *pro hac vice* |
| Newark, New Jersey 07101 | |
| (609) 433-4473 | Justina Sessions* |
| | FRESHFIELDS US LLP |
| Jimmy Rock* | One Bush Street, 17th Floor |
| jrock@edelson.com | San Francisco, CA 94104 |
| EDELSON PC | (650) 461-8276 |
| 1255 Union Street NE, Suite 850 | justina.sessions@freshfields.com |
| Washington, DC 20002 | *pro hac vice* |
| (202) 270-4777 | |
| *pro hac vice* | *Attorneys for Defendant* |
| | |
| Emily Penkowski Perez* | |
| epenkowski@edelson.com | |
| Shantel Chapple Knowlton* | |
| schappleknowlton@edelson.com | |
| EDELSON PC | |
| 350 N. LaSalle Street, Suite 1400 | |
| Chicago, IL 60654 | |
| (312) 589-6370 | |
| *pro hac vice* | |
| | |
| John Feeney-Coyle* | |
| jfeeneycoyle@edelson.com | |

3

EDELSON PC
1728 16th Street, Suite 210
Boulder, CO 80302
(720) 741-0076
*pro hac vice*

*Attorneys for Plaintiffs*

4